UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-11538-PD                               Date: March 10, 2026

Title  *ALO, LLC v. Lucina Cortes, et al.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                                        N/A

**Proceedings (In Chambers):**     **Order to Show Cause Re Service of Process on Defendant Unnamed Business Operating at Unit C15 of the Roadium Open Air Market**

On December 3, 2025, ALO, LLC ("Plaintiff") filed a complaint against Defendants Lucina Cortes, Unnamed Business Operating at Unit C15 of the Roadium Open Air Market, and various John Does.  Dkt. No. 1.  On January 21, 2026, Lucina Cortes, appearing pro se, filed an Answer.  Dkt. No. 11.

Plaintiff has not filed a proof of service showing that it served the Summons, Complaint, and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment"), Dkt. No. 7, on Unnamed Business Operating at Unit C15 of the Roadium Open Air Market.

More than ninety days have passed since Plaintiff filed the complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-11538-PD                         Date: March 10, 2026

Title      _ALO, LLC v. Lucina Cortes, et al._

P. 4(m).  If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period."  _Id._

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, by **March 25, 2026**, why proper service was not timely made on Unnamed Business Operating at Unit C15 of the Roadium Open Air Market, and why this case should not be dismissed as to that defendant without prejudice for failure to effectuate service and for lack of prosecution.  Failure to timely file a written response to this Order may result in dismissal of this action against Unnamed Business Operating at Unit C15 of the Roadium Open Air Market for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  _See_ Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a proof of service that complies with the applicable rules.

**IT IS SO ORDERED**.

---